**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorneys for Defendant
**THERESA YEUNG**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR10-0104 SI<br>Case No. ~~CR-00104-SI~~ |
| Plaintiff, | **STIPULATION AND<br>[~~PROPOSED~~] ORDER<br>ALLOWING TRAVEL TO<br>RENO, NEVADA** |
| v. |  |
| THERESA YEUNG, |  |
| Defendants. |  |
| _____/ |  |

IT IS HEREBY STIPULATED by an between the parties hereto and their respective undersigned counsel, that the defendant in this matter, THERESA YEUNG, may be allowed to travel to and from San Francisco, California and Reno, Nevada, from July 30, 2010 to July 31, 2010.

On March 4, 2010, the Court released Ms. Yeung on a $500,000 promissory bond. Ms. Yeung has obeyed all the conditions of release to date.

Mr. Josh Libby, the U.S. Pre-Trial Services Officer supervising Ms. Yeung, has no objection to this travel.

DATED:    07/27/10              By:    /s/ Douglas Rappaport
                                       _____
                                       **DOUGLAS L. RAPPAPORT**
                                       Attorney for Defendant
                                       THERESA YEUNG

DATED:    07/27/10                     JOSEPH P. RUSSONIELLO
                                       UNITED STATES ATTORNEY
                                       NORTHERN DISTRICT OF CALIFORNIA


                                By:    /s/ Matthew McCarthey
                                       _____
                                       **MATTHEW L. McCARTHY**
                                       Assistant United States Attorney
                                       Attorney for Plaintiff
                                       UNITED STATES OF AMERICA

1

**ORDER**

**FOR GOOD CAUSE SHOWN,**

THERESA YEUNG shall be allowed to travel to and from San Francisco, California, and Reno, Nevada as stated in the above stipulation. Ms. Yeung shall inform the Pre-Trial Services of her full itinerary. All other conditions of Ms. Yeung's Pre-Trial release shall remain the same.

DATED:  7/29/10          By: _____
**HONORABLE EDWARD M. CHEN**
United States Magistrate Judge



IT IS SO ORDERED
Judge Edward M. Chen