| | |
|---|---|
| **DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**<br>Law Offices of Douglas L. Rappaport<br>260 California Street, Suite 1002<br>San Francisco, California 94111<br>Telephone (415) 989-7900<br><br>Attorneys for Defendant<br>**THERESA YEUNG** | **FILED**<br><br>JUN 10 2011<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERESA YEUNG,<br><br>　　　　Defendants.<br>_____/ | Case No. 10-CR-00104-SI<br><br>**STIPULATION AND<br>[PROPOSED] ORDER<br>ALLOWING TRAVEL TO LAS<br>VEGAS, NEVADA** |

IT IS HEREBY STIPULATED by an between the parties hereto and their respective undersigned counsel, that the defendant in this matter, THERESA YEUNG, may be allowed to travel to and from San Francisco, California and Las Vegas, Nevada, from June 11, 2011 to July 1, 2011.

On March 4, 2010, the Court released Ms. Yeung on a $500,000 promissory bond. Ms. Yeung has obeyed all the conditions of release to date.

Mr. Josh Libby, the U.S. Pre-Trial Services Officer supervising Ms. Yeung, has no objection to this travel.

DATED: July 9, 2011　　　　　　　　　By:　　/s/ Douglas Rappaport

　　　　　　　　　　　　　　　　　　　　　　**DOUGLAS L. RAPPAPORT**
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　THERESA YEUNG

DATED: July 9, 2011　　　　　　　　　MELINDA L. HAAG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

　　　　　　　　　　　　　　　　　　　By:　　/s/ Matthew McCarthy

　　　　　　　　　　　　　　　　　　　　　　**MATTHEW L. McCARTHY**
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California 94111
Telephone (415) 989-7900

Attorneys for Defendant
**THERESA YEUNG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-00104-SI |
| Plaintiff, | |
| v. | **ORDER ALLOWING TRAVEL** |
| THERESA YEUNG, | **TO LAS VEGAS, NEVADA** |
| Defendants. | |

**FOR GOOD CAUSE SHOWN,**

THERESA YEUNG shall be allowed to travel to and from San Francisco, California, and Las Vegas, Nevada from June 11, 2011 to July 1, 2011. Ms. Yeung shall inform the Pre-Trial Services of her full itinerary. All other conditions of Ms. Yeung's Pre-Trial release shall remain the same.

DATED: June 10, 2011   By: _____
**HONORABLE ELIZABETH D. LAPORTE**
United States Magistrate Judge

2