1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   MATTHEW L. McCARTHY  (CABN 217871)
    Assistant United States Attorney

5

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102

7       Telephone:  (415) 436-7200
        Fax: (415) 436-7234

8       E-Mail: Matthew.McCarthy@usdoj.gov

9   Attorneys for Plaintiff

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                       SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,          )   CR No. 10-0104-SI
                                       )
16          Plaintiff,                 )   [PROPOSED] STIPULATED  ORDER
                                       )   CONTINUING STATUS CONFERENCE
17      v.                             )
                                       )   **Current Hearing Date:    May 4, 2012**
18                                     )   Time:                      11:00 am
    THERESA YUET-HA YUENG,             )   Judge:                     Hon. Susan Illston
19                                     )
            Defendants.                )   **Proposed Hearing Date:   June 15, 2012**
20  _____)   Time:                      11:00 am

21

22

23

24

25

26

27

28

1    The above-captioned case is currently scheduled for a change-of-plea on Friday, May 4,

2    2012 at 11:00 a.m.  However, counsel for the defendant has recently requested additional

3    discovery from the government, which government counsel is now endeavoring to produce.

4    Accordingly, the parties jointly request that the change-of-plea be continued to June 15, 2012.

5    Further, the parties stipulate and jointly request that time be excluded from the Speedy

6    Trial Act calculations from May 4, 2012 through June 15, 2012 for effective preparation of

7    counsel.  The parties agree that the ends of justice served by granting such a continuance

8    outweighed the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. §

9    3161(h)(7)(A).

10   Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days

11   remaining before the trial in this case must commence.  The "speedy trial" date for this matter is

12   therefore August 24, 2012.

13

14   IT IS SO STIPULATED.

15   _____5/2/12_____                                    _____/s/_____

16   DATED                                                 MELINDA HAAG
                                                           United States Attorney
17                                                         Northern District of California
                                                           MATTHEW L. McCARTHY
18                                                         Assistant United States Attorney

19

20

21   _____5/2/12_____                                    _____/s/_____

22   DATED                                                 DOUGLAS RAPPAPORT
                                                           Attorney for Theresa Yuet-Ha Yeung
23

24

25

26

27

28

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI                                    1

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Friday, May 4, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, June 15,at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from May 4, 2012 through June 15, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore August 24, 2012.

IT IS SO ORDERED.

__5/4/12_____                    _____
DATED                                HON. SUSAN ILLSTON
                                     United States District Court Judge