1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  MATTHEW L. McCARTHY (CABN 217871)
   Assistant United States Attorney
5

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: Matthew.McCarthy@usdoj.gov

9  Attorneys for Plaintiff

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                           SAN FRANCISCO DIVISION

14

15 | UNITED STATES OF AMERICA,         )  CR No. 10-0104-SI
                                       )
16 |     Plaintiff,                    )  [~~PROPOSED~~] STIPULATED ORDER
                                       )  CONTINUING STATUS CONFERENCE
17 |     v.                            )
                                       )  **Current Hearing Date:  July 20, 2012**
18 |                                   )  Time:                   11:00 am
   | THERESA YUET-HA YUENG,            )  Judge:                  Hon. Susan Illston
19 |                                   )
   |     Defendants.                   )  **Proposed Hearing Date: September 14, 2012**
20 |_____    )  Time:                   11:00 am

21

(remaining lines 22–28 blank)

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI

1   The above-captioned case is currently scheduled for a change-of-plea on Friday, July 20, 2012 at 11:00 a.m.  However, the parties have recently reached agreement regarding the production of certain documents for purposes of settlement, and government counsel is now endeavoring to produce those documents.  Defense counsel will then require time to investigate the information contained therein.  Accordingly, the parties jointly request that the change-of-plea be continued to September 14, 2012.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from July 20, 2012 through September 14, 2012 for effective preparation of counsel.  The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.  The "speedy trial" date for this matter is therefore November 23, 2012.

IT IS SO STIPULATED.

    7-18-2012                              /s/
DATED                           MELINDA HAAG
                                United States Attorney
                                Northern District of California
                                MATTHEW L. McCARTHY
                                Assistant United States Attorney


    7-18-2012                              /s/
DATED                           DOUGLAS RAPPAPORT
                                Attorney for Theresa Yuet-Ha Yeung

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI                            1

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Friday, July 20, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, September 14, 2012 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from July 20, 2012 through September 14, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(7)(B)(iv).    Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore November 23, 2012.

IT IS SO ORDERED.

\_\_\_7/19/12_____          _____
DATED                                              HON. SUSAN ILLSTON
                                                   United States District Court Judge