**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorneys for Defendant
**THERESA YEUNG**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THERESA YEUNG,<br><br>　　　　Defendants.<br>_____/ | Case No. CR-10-104-SI<br><br>**STIPULATION AND<br>~~[PROPOSED]~~ ORDER<br>ALLOWING TRAVEL TO<br>RENO, NEVADA** |

　　　IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, THERESA YEUNG, may be allowed to travel to and from San Francisco, California and Reno, Nevada, from August 17, 2012 to August 18, 2012

　　　On March 4, 2010, the Court released Ms. Yeung on a $500,000 promissory bond. Ms. Yeung has obeyed all the conditions of release to date.

　　　Mr. Josh Libby, the U.S. Pre-Trial Services Officer supervising Ms. Yeung, has no objection to this travel.

DATED:　　08-02-12　　　　　　　By:　/s/ Douglas Rappaport
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**DOUGLAS L. RAPPAPORT**
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　THERESA YEUNG

DATED:　　08-02-12　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
　　　　　　　　　　　　　　　　　　　By:　/s/  Matthew McCarthey
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MATTHEW L. McCARTHY**
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

## ORDER

**FOR GOOD CAUSE SHOWN,**

THERESA YEUNG shall be allowed to travel to and from San Francisco, California, and Reno, Nevada as stated in the above stipulation. Ms. Yeung shall inform the Pre-Trial Services of her full itinerary. All other conditions of Ms. Yeung's Pre-Trial release shall remain the same.

DATED: August 7, 2012         By: _____
                                   **THE HONORABLE ELIZABETH LAPORTE**
                                   United States Magistrate Judge