MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW L. McCARTHY  (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 10-0104-SI |
|    Plaintiff, | ) ) ) | [~~PROPOSED~~] STIPULATED  ORDER CONTINUING STATUS CONFERENCE |
|    v. | ) ) | |
| THERESA YUET-HA YUENG, | ) ) ) | **Current Hearing Date:**  November 1, 2012<br>Time:  11:00 am<br>Judge:  Hon. Susan Illston |
|    Defendants. | ) ) | **Proposed Hearing Date:**  December 14, 2012<br>Time:  11:00 am |

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI

1    The above-captioned case is currently scheduled for a change-of-plea on Thursday, November 1, 2012 at 11:00 a.m.  However, the government has received new information relating to this case, which it is now producing to the defense.  Defense counsel will then require time to investigate the information contained therein.  Accordingly, the parties jointly request that the change-of-plea be continued to December 14, 2012.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from November 1, 2012 through December 14, 2012 for effective preparation of counsel.  The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence.  The "speedy trial" date for this matter is therefore February 22, 2013.

IT IS SO STIPULATED.

___10-30-12_____                               _____/s/_____
DATED                                            MELINDA HAAG
                                                 United States Attorney
                                                 Northern District of California
                                                 MATTHEW L. McCARTHY
                                                 Assistant United States Attorney


___10-30-12_____                               _____/s/_____
DATED                                            DOUGLAS RAPPAPORT
                                                 Attorney for Theresa Yuet-Ha Yeung

[PROPOSED] STIPULATED ORDER CONTINUING STATUS CONFERENCE
CR 10-104-SI                          1

**[PROPOSED] ORDER**

For good cause shown, the status conference now scheduled for Thursday, November 1, 2012 is vacated. The matter shall be added to the Court's calendar on Friday, December 14, 2012 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from November 1, 2012 through December 14, 2012 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A).  The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(7)(B)(iv).    Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore February 22, 2013.

IT IS SO ORDERED.

_10/31/12_  
DATED

HON. SUSAN ILLSTON  
United States District Court Judge