**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California 94111
Telephone (415) 989-7900

Attorneys for Defendant
**THERESA YEUNG**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>THERESA YEUNG,<br><br>  Defendants.<br>_____/ | Case No. CR-10-104-SI<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL TO LAS VEGAS, NEVADA** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, THERESA YEUNG, may be allowed to travel to and from San Francisco, California and Las Vegas, Nevada, from November 22, 2012 to November 25, 2012.

On March 4, 2010, the Court released Ms. Yeung on a $500,000 promissory bond. Ms. Yeung has obeyed all the conditions of release to date.

Mr. Josh Libby, the U.S. Pre-Trial Services Officer supervising Ms. Yeung, has no objection to this travel.

DATED:    11-09-12         By:
                                                  /s/
                                           **DOUGLAS L. RAPPAPORT**
                                           Attorney for Defendant
                                           THERESA YEUNG

DATED:    11-09-12         MELINDA A. HAAG
                                           UNITED STATES ATTORNEY
                                           NORTHERN DISTRICT OF CALIFORNIA
                                           By:
                                                  /s/
                                           **MATTHEW L. McCARTHY**
                                           Assistant United States Attorney
                                           Attorney for Plaintiff
                                           UNITED STATES OF AMERICA

## ORDER

**FOR GOOD CAUSE SHOWN,**

THERESA YEUNG shall be allowed to travel to and from San Francisco, California, and Las Vegas, Nevada as stated in the above stipulation. Ms. Yeung shall inform the Pre-Trial Services of her full itinerary. All other conditions of Ms. Yeung's Pre-Trial release shall remain the same.

DATED: November 13, 2012     By: _____
**HONORABLE LAUREL BEELER**
United States Magistrate Judge