**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorney for Defendant
**THERESA YEUNG**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-10-104-SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL TO LAS VEGAS, NEVADA** |
| v. | |
| THERESA YEUNG, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, THERESA YEUNG, may be allowed to travel to and from San Francisco, California and Las Vegas, Nevada, from February 3, 2013 to February 10, 2013.

On March 4, 2010, the Court released Ms. Yeung on a $500,000 promissory bond. Ms. Yeung has obeyed all the conditions of release to date.

Mr. Josh Libby, the U.S. Pre-Trial Services Officer supervising Ms. Yeung, has no objection to this travel.

DATED:   01-25-13          By:
                                     /s/
                           **DOUGLAS L. RAPPAPORT**
                           Attorney for Defendant
                           THERESA YEUNG

DATED:   01-25-13          MELINDA A. HAAG
                           UNITED STATES ATTORNEY
                           NORTHERN DISTRICT OF CALIFORNIA
                           By:
                                     /s/
                           **MATTHEW L. McCARTHY**
                           Assistant United States Attorney
                           Attorney for Plaintiff
                           UNITED STATES OF AMERICA

1

## ORDER

**FOR GOOD CAUSE SHOWN,**

THERESA YEUNG shall be allowed to travel to and from San Francisco, California, and Las Vegas, Nevada from February 3, 2013 to February 10, 2013, as stated in the above stipulation. Ms. Yeung shall inform the Pre-Trial Services of her full itinerary. All other conditions of Ms. Yeung's Pre-Trial release shall remain the same.

DATED: January 30, 2013    By: _____
**HONORABLE LAUREL BEELER**
United States Magistrate Judge